ESTHER LA FLAMME, Respondent, *v.* THE CITY OF ALBANY, Appellant.

JOHN LA FLAMME, Respondent, *v.* THE CITY OF ALBANY, Appellant.

Reported below, 91 Hun, 65.
(Argued January 18, 1897; decided January 26, 1897.)

MOTIONS to dismiss appeals, upon the ground that they are frivolous, from judgments of the General Term of the Supreme Court in the third judicial department, rendered in December, 1895, which affirmed judgments in favor of plaintiff

in each of the above-entitled actions, entered upon the reports of a referee, together with ten per cent damages, or that such causes be advanced on the calendar upon the ground that all the questions therein have been determined in *Jones* v. *City of Albany* (151 N. Y. 223).

*Parker & Fiero* for motion.

*John A. Delehanty* opposed.

Motions denied, without costs.